# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **JOHNSON NELSON SAYONKON** <br> A046-708-721 | **CIVIL ACTION NO. 6:18-CV-00341** <br> **SECTION P** |
| **VS.** | **JUDGE ROBERT G. JAMES** |
| **SESSIONS, III, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Sayonkon's habeas petition be **DISMISSED AS MOOT**.

Signed in Monroe, Louisiana this 14th day of May, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE